AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| FAUSTINO ZATARAIN-IBARRA | CASE NUMBER: 08cR-1142-BTM |

I, FAUSTINO ZATARAIN-IBARRA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. ~~1326(a) and (b)~~ 1325 Illegal Entry, Deported Alien Found in the United States (Felony), + Title 8 U.S.C. Sec 1325 (Misdemeanor)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on April 15, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         JUDICIAL OFFICER

**FILED**
APR 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY