# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 08CR1142.BTM |
| ) | |
| vs ) | ABSTRACT OF ORDER |
| ) | |
| Faustino Zatarain- ) | Booking No. 43833198 |
| Ibarra ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __July 22, 2008__
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

___✓___ Defendant forfeited collateral.

___✓___ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

___✓___ Other. __D has another case pending 08CR2332.BTM__

BARRY TED MOSKOWITZ
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
P.M.
Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)

* U.S. GPO: 1996-783-398/40151

CLERKS' COPY