FILED
2008 JUL 24 AM 10:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

FAUSTINO ZATARAIN-IBARRA,

   Defendant.

CASE NO. 08CR1142-BTM

JUDGMENT OF DISMISSAL

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8 USC 1325

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 22, 2008

_____
BARRY TED MOSKOWITZ, US DISTRICT
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of Dismissal
Judgement and Commitment on 7/23/08
United States Marshal
By: _____
USMS Criminal Section

ENTERED ON _____